**Order entered November 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00982-CV

**DONALD O. OZUMBA, M.D., ET AL., Appellants**

**V.**

**JANE DOE NO. 6, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03960-2018**

## ORDER

By order dated October 1, 2019, we suspended the deadline for appellants' brief on the merits to allow the parties an opportunity to pursue mediation. Appellants have informed the Court that the parties did not resolve their dispute in mediation. Accordingly, appellants shall file their brief on the merits by **December 9, 2019**.

/s/  KEN MOLBERG
    JUSTICE